FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHLEEN S.[1], <br><br>      Plaintiff, <br><br>vs. <br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br>      Defendant. | No. 2:19-CV-00216-MKD <br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** <br><br>**ECF Nos. 14, 18** |

Before the Court is the Stipulated Motion for Remand, ECF No. 18, filed by Defendant, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Martha Boden

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.

ORDER - 1

represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 18**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the parties stipulate that the ALJ will:

(1) Take any steps necessary to fully develop the administrative record;
(2) Issue a new decision;
(3) Conduct a de novo hearing, if a fully favorable decision cannot be issued on the record;
(4) Reevaluate whether the severity of Plaintiff's impairments meet or equal a listed impairment, including under Listing 1.02 and 1.04;
(5) Reevaluate the opinion evidence;
(6) Reevaluate the residual functional capacity; and
(7) Obtain supplemental vocational expert evidence, if necessary.

ECF No. 18 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 13, 2020.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 3